UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against -

ASHANTI BUNN,

               Defendant.

------------------------------------------------------------x

17 Cr. 506 (NSR) -09

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the defendant ASHANTI BUNN will move this Court before the Honorable Nelson S. Roman United States District Judge, Southern District of New York in the United States Courthouse, 300 Quarropas Street, White Plains, New York, at such time and place convenient to the Court for an Order granting the following relief:

1. For an Order suppressing all statements made in connection with a post-arrest videotaped statement.

2. For such other and further relief as to this Court may seem just and proper.

WHEREFORE, your declarant prays for an Order granting the relief requested in the Notice of Motion, or in the alternative, a hearing to resolve the issues raised therein and for such other and further relief as this Court may deem just and proper.

In light of Defendant's guilty plea, this motion is dismissed as moot. Clerk of the Court requested to terminate the motion (doc. 151).
Dated: July 1, 2019

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2019

Dated: May 24, 2019
New York, New York

        Yours, etc.

        */s/ Karloff Commissiong*

KARLOFF COMMISSIONG, Esq.
*Counsel for Ashanti Bunn*
65 Broadway, Suite 1603
New York, New York 10006
(212) 430-6590

TO:

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
Charles L. Brieant Jr.
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Maurene Comey, Esq.
Emily Deininger, Esq.
Christopher Clore, Esq.
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
Silvio Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

All Counsel

Mr. Ashanti Bunn